# Exhibit A

# Complaint with Authorization for a Warrant

| | | | |
|---|---|---|---|
| To order this form call (512) 327-1216 Target Information Management, Inc. | ☐ Information - Circuit court ☐ Original complaint - Court ☐ Warrant - Court | ☐ Bind over/Transfer - Circuit/Juvenile court ☐ Complaint copy - Prosecutor ☐ Complaint copy - Defendant/Attorney | |
| Approved, SCAO 10017670 CK 4/22/14 | | | |

| STATE OF MICHIGAN 5TH JUDICIAL DISTRICT 2ND JUDICIAL CIRCUIT | COMPLAINT FELONY | CASE NO. |
|---|---|---|
| District Court ORI: MI- 110025J | Circuit Court ORI: MI- 110015J | DISTRICT 2014001528 CIRCUIT 2014001528 |

| Defendant's name and address | Victim or complainant |
|---|---|
| THE PEOPLE OF THE STATE OF MICHIGAN v EDWARD PINKNEY 1940 UNION ST BENTON HARBOR, MI 49022 | Complaining witness JUAN MATA |
| Codefendant(s) JAMES ARCHIE CORNELIUS 811 PORT ST | Date: On or about 01/08/2014 |

| City/Twp./Village | County in Michigan | Defendant TCN | Defendant CTN | Defendant SID | Defendant DOB |
|---|---|---|---|---|---|
| ST JOSEPH CITY | BERRIEN | | 11-14-001658-01 | 1586085P | 10/27/1948 |

| Police agency report no. 90 14-2068 | Charge 1-5) ELECTION LAW FORGERY 6-11) ELECTION LAW-FALSE CERT CIRCULATORY | Maximum penalty |
|---|---|---|

| Witnesses | ☐ Oper./Chauf. ☐ CDL | Vehicle Type | Defendant DLN MI P525189000827 |
|---|---|---|---|
| CATHY JAYNE EASTON CAROLYN TOLIVER | MARK T GOFF NEWS 22 VIDEO | | DAVID ZIZKOVSKY |

**STATE OF MICHIGAN, COUNTY OF** BERRIEN.

The complaining witness says that on the date and at the location described, the defendant, contrary to law,

**CT.1:** did commit forgery under the Michigan Election Law by changing the dates on line 2, 3, 4, 5 and 6 on Recall Petition 1, dated 1/03/2014 and either caused to be submitted or aided in the submission of the petition to the Berrien County Clerk as true on January 8, 2014; contrary to MCL 168.937. [168.937]

**FELONY:** 5 Years and/or $1,000.00. Court shall order law enforcement to collect DNA identification profiling samples and order defendant to pay $60.00 assessment.

**CT.2:** did commit forgery under the Michigan Election Law by changing the dates on line 5 and 6 on Recall Petition 18, dated 1/03/2014 and either caused to be submitted or aided in the submission of the petition to the Berrien County Clerk as true on January 8, 2014; contrary to MCL 168.937. [168.937]

### CONTINUED ON PAGE 2

SURROUNDING STS. MT

**Reviewing Prosecutor:** MICHAEL J SEPIC
☐ The complaining witness asks that defendant be apprehended and dealt with according to law.

Warrant authorized on 4/23/14 by:
Prosecuting official
☐ Security for costs posted

Complaining witness signature: Mata #69

Subscribed and sworn to before me on 4-23-14
Judge/Magistrate/Clerk    Bar no.

MC 200 (3/12) FELONY SET. Complaint

MCL 764.1 et seq., MCL 766.1 et seq., MCL 767.1 et seq., MCR 6.110

To order this form, call (517) 337-1211
Target Information Management, Inc.

Approved, SCAO  10017670 CK  4/22/14

| | | | |
|---|---|---|---|
| STATE OF MICHIGAN<br>5TH **JUDICIAL DISTRICT**<br>2ND **JUDICIAL CIRCUIT** | Information - Circuit court<br>Original complaint - Court<br>Warrant - Court<br>**COMPLAINT**<br>**FELONY** | Bind over/Transfer - Circuit/Juvenile court<br>Complaint copy - Prosecutor<br>Complaint copy - Defendant/Attorney<br>**CASE NO.**<br>DISTRICT  2014001528<br>CIRCUIT   2014001528 | |

District Court ORI: MI- 1100253  Circuit Court ORI: MI- 1100153

| THE PEOPLE OF THE<br>STATE OF MICHIGAN | v | Defendant's name and address<br>EDWARD PINKNEY<br>1940 UNION ST<br>BENTON HARBOR, MI 49022 | Victim or complainant<br><br>Complaining witness<br>JUAN MATA |
|---|---|---|---|

Codefendant(s): JAMES ARCHIE CORNELIUS
811 PORT ST
Date: On or about 01/08/2014

| City/Twp./Village | County in Michigan | Defendant TCN | Defendant CTN | Defendant SID | Defendant DOB |
|---|---|---|---|---|---|
| ST JOSEPH CITY | BERRIEN | | 11-14-001658-01 | 1586083P | 10/27/1948 |

Police agency report no. 90 14-2068
Charge: 1-5) ELECTION LAW FORGERY
6-11) ELECTION LAW-FALSE CERT CIRCULATORY
Maximum penalty

Witnesses:
CATHY JAYNE EASTON    MARK T OOFF           DAVID ZIZKOVSKY
CAROLYN TOLIVER       NEWS 22 VIDEO

Defendant DLN: MI P525189000827

STATE OF MICHIGAN, COUNTY OF BERRIEN

The complaining witness says that on the date and at the location described, the defendant, contrary to law,

**CT.1:** did commit forgery under the Michigan Election Law by changing the dates on line 2, 3, 4, 5 and 6 on Recall Petition 1, dated 1/03/2014 and either caused to be submitted or aided in the submission of the petition to the Berrien County Clerk as true on January 8, 2014; contrary to MCL 168.937. [168.937]

**FELONY:** 5 Years and/or $1,000.00. Court shall order law enforcement to collect DNA identification profiling samples and order defendant to pay $60.00 assessment.

**CT.2:** did commit forgery under the Michigan Election Law by changing the dates on line 5 and 6 on Recall Petition 18, dated 1/03/2014 and either caused to be submitted or aided in the submission of the petition to the Berrien County Clerk as true on January 8, 2014; contrary to MCL 168.937. [168.937]

**CONTINUED ON PAGE 2**

Reviewing Prosecutor: MICHAEL J SEPIC

☐ The complaining witness asks that defendant be apprehended and dealt with according to law.

Warrant authorized on _____ by: _____
                    Date

Prosecuting official

☐ Security for costs posted

Complaining witness signature
Subscribed and sworn to before me on 4-23-14
Date
Judge/Magistrate/Clerk          Bar no.

MCL 764.1 et seq., MCL 766.1 et seq., MCL 767.1 et seq., MCR 6.110

MC 200 (3/12) FELONY SET Complaint

## PAGE 2 - CONTINUED
## EDWARD PINKNEY/2014001528

**FELONY:** 5 Years and/or $1,000.00. Court shall order law enforcement to collect DNA identification profiling samples and order defendant to pay $60.00 assessment.

**CT.3:** did commit forgery under the Michigan Election Law by changing the dates on line 5, 6, 7 and 8 on Recall Petition 19, dated 1/03/2014 and either caused to be submitted or aided in the submission of the petition to the Berrien County Clerk as true on January 8, 2014; contrary to MCL 168.937. [168.937]

**FELONY:** 5 Years and/or $1,000.00. Court shall order law enforcement to collect DNA identification profiling samples and order defendant to pay $60.00 assessment.

**CT.4:** did commit forgery under the Michigan Election Law by changing the dates on line 1 through 12 on Recall Petition 38, dated 1/03/2014 and either caused to submitted or aided in the submission of the petition to the Berrien County Clerk as true on January 8, 2014; contrary to MCL 168.937. [168.937]

**FELONY:** 5 Years and/or $1,000.00. Court shall order law enforcement to collect DNA identification profiling samples and order defendant to pay $60.00 assessment.

**CT.5:** did commit forgery under the Michigan Election Law by changing the dates on line 1 and 2 on Recall Petition 6, dated 1/03/2014 and either caused to be submitted or aided in the submission of the petition to the Berrien County Clerk as true on January 8, 2014; contrary to MCL 168.937. [168.937]

**FELONY:** 5 Years and/or $1,000.00. Court shall order law enforcement to collect DNA identification profiling samples and order defendant to pay $60.00 assessment.

**CT.6:** being a person who circulated a Recall Petition, did knowingly make the following false statement in the certificate required by MCL 168.957; to-wit: that he did not permit and/or know a person signed a recall petition more than once; however, Sherrie Gill signed Petition 7, line 9, and also signed Petition 48, line 5; and further that the signatures were obtained through fraud and deceit; contrary to MCL 168.957; [168.957]

**MISDEMEANOR:** 90 days and/or $500.00 (see MCL 168.934)

CONTINUED ON PAGE 3

Date 4/23/14 _____ (P    )
PROSECUTOR'S OFFICE

The Complaining witness asks that the defendant be apprehended and dealt with according to law.

SUBSCRIBED AND SWORN TO BEFORE ME ON 4-23-14

_____
Complaining Witness Signature

_____
Judge

**COPY**

PAGE 3 - CONTINUED
**EDWARD PINKNEY/2014001528**

**CT.7:** being a person who circulated a Recall Petition, did knowingly make the following false statement in the certificate required by MCL 168.957; to-wit: that he did not permit and/or know a person signed a recall petition more than once; however, Antonio Brown signed Petition 8, line 1, and also signed Petition 14, line 7; contrary to MCL 168.957; [168.957]

**MISDEMEANOR:** 90 days and/or $500.00 (see MCL 168.934)

**CT.8:** being a person who circulated a Recall Petition, did knowingly make the following false statement in the certificate required by MCL 168.957; to-wit: that he did not permit and/or know a person signed a recall petition more than once; however, Michael Roberts signed Petition 20, line 6, and also signed Petition 55, line 9; contrary to MCL 168.957; [168.957]

**MISDEMEANOR:** 90 days and/or $500.00 (see MCL 168.934)

**CT.9:** being a person who circulated a Recall Petition, did knowingly make the following false statement in the certificate required by MCL 168.957; to-wit: that he did not permit and/or know a person signed a recall petition more than once; however, Kendra Cooper signed Petition 22, line 10, and also signed Petition 55, line 12; contrary to MCL 168.957; [168.957]

**MISDEMEANOR:** 90 days and/or $500.00 (see MCL 168.934)

**CT.10:** being a person who circulated a Recall Petition, did knowingly make the following false statement in the certificate required by MCL 168.957; to-wit: that he did not permit and/or know a person signed a recall petition more than once; however, Kenyada Williams signed Petition 48, line 8, and also signed Petition 54, line 2; contrary to MCL 168.957; [168.957]

**MISDEMEANOR:** 90 days and/or $500.00 (see MCL 168.934)

**CT.11:** being a person who circulated a Recall Petition, did knowingly make the following false statement in the certificate required by MCL 168.957; to-wit: that he did not permit and/or know a person signed a recall petition more than once; however, Anthony Cornelius signed Petition 54, line 6, and also signed Petition 55, line 2; contrary to MCL 168.957; [168.957]

**MISDEMEANOR:** 90 days and/or $500.00 (see MCL 168.934)

Date 4/23/14   _____ (P _____)
                        PROSECUTOR'S OFFICE

The Complaining witness asks that the defendant be apprehended and dealt with according to law.

_____
Complaining Witness Signature

SUBSCRIBED AND SWORN TO
BEFORE ME ON 4-23-14

_____
Judge

**COPY**

| To order this form, call (517) 337-1211<br>Target Information Management, Inc. | | Information - Circuit court<br>Original complaint - Court<br>Warrant - Court | Bind over/Transfer - Circuit/Juvenile court<br>Complaint copy - Prosecutor<br>Complaint copy - Defendant/Attorney |
|---|---|---|---|
| Approved, SCAO 10017670 CK 4/22/14 | | | |

| STATE OF MICHIGAN<br>5TH JUDICIAL DISTRICT<br>2ND JUDICIAL CIRCUIT | COMPLAINT<br>FELONY<br>KG1420295OJ | CASE NO.<br>DISTRICT 2014001528<br>CIRCUIT 2014001528 |
|---|---|---|
| District Court ORI: MI- 110025J | | Circuit Court ORI: MI- 110013J |

| | Defendant's name and address | Victim or complainant |
|---|---|---|
| THE PEOPLE OF THE<br>STATE OF MICHIGAN v | EDWARD PINKNEY<br>1940 UNION ST<br>BENTON HARBOR, MI 49022 | |
| | | Complaining witness<br>JUAN MATA |
| Codefendant(s) JAMES ARCHIE CORNELIUS<br>811 PORT ST | | Date: On or about<br>01/08/2014 |

| City/Twp./Village<br>ST JOSEPH CITY | County in Michigan<br>BERRIEN | Defendant TCN | Defendant CTN<br>11-14-001658-01 | Defendant SID<br>1586085P | Defendant DOB<br>10/27/1948 |
|---|---|---|---|---|---|
| Police agency report no.<br>90 14-2068 | Charge 1-5) ELECTION LAW FORGERY<br>6-11) ELECTION LAW-FALSE CERT CIRCULATORY | | | Maximum penalty | |
| Witnesses<br>CATHY JAYNE EASTON<br>CAROLYN TOLIVER | | ☐ Oper./Chauf.<br>☐ CDL MARK T GOFF<br>NEWS 22 VIDEO | Vehicle Type | Defendant DLN<br>MI P525189000827<br>DAVID ZIZKOVSKY | |

STATE OF MICHIGAN, COUNTY OF ___BERRIEN___.

The complaining witness says that on the date and at the location described, the defendant, contrary to law,

CT.1: did commit forgery under the Michigan Election Law by changing the dates on line 2, 3, 4, 5 and 6 on Recall Petition 1, dated 1/03/2014 and either caused to be submitted or aided in the submission of the petition to the Berrien County Clerk as true on January 8, 2014; contrary to MCL 168.937. [168.937]

CT2: MCL 168.937. [168.937]

(6-11) 168.934